# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD DRAYTON, | : | |
| Petitioner | : | CASE NO. 3:14-CR-305 |
| v. | : | (JUDGE MANNION) |
| UNITED STATES OF AMERICA | : | |
| Respondent | : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Drayton's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 567)**, is **DENIED**.

2. The petitioner is not entitled to an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 29, 2019**
14-305-05-ORDER.wpd